

**The following constitutes the order of the court.
Signed March 28, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| In re | No. 17-40401 |
|  | Chapter 13 |
| Kim Evans, | **Hearing** |
|  | **Date and Time:** March 29, 2017, 9:30 a.m. |
| Debtor. | **Courtroom:** 220 |

**MEMORANDUM RE: RECENT FILINGS BY DEBTOR**

     On March 24, 2017, Debtor filed the following three pleadings: (1) Motion under LBR 3015 to modify or suspend plan payments (doc. 33), (2) Opposition to motion for relief from stay (doc. 34), and (3) Motion to enlarge time for hearing on motion for relief from stay (doc. 35). Having reviewed the documents, the Court takes the matters under submission and will address them at the upcoming hearing on Wednesday, March 29, 2017 at 9:30 a.m. in courtroom 220 of the bankruptcy court located at 1300 Clay Street, Oakland, CA 94612.

***END OF MEMORANDUM***

# COURT SERVICE LIST

**Kim M Evans**
P.O. Box 4403
Walnut Creek, CA 94596